

# THE PRINCE GEORGE'S COUNTY GOVERNMENT
## OFFICE OF LAW

July 7, 2017

Rushern L. Baker, III
County Executive

Jared M. McCarthy
Acting County Attorney

Sean G. Dixon
Deputy County Attorney

Tara H. Jackson
Deputy County Attorney

The Honorable George J. Hazel
U.S. District Court for the District of Maryland
6500 Cherrywood Lane
Greenbelt, Maryland 20770

Re: *Roguell Blue v. Prince George's County, Maryland, et al.*
Case No. GJH 15 cv 01024

Judge Hazel,

During the hearing held on July 7, 2017, at 10:00 a.m., the parties' pending cross motions for summary judgment, you requested that I provide you with the statute that required an individual to have a permit to possess a gun in the State of Maryland. To answer your question, Md. Ann. Code, Public Safety Article § 5-303 requires an individual to obtain a permit before the person carries, wears, or transports a handgun. Md. Code Ann. Public Safety § 5-101(n) defines handgun as a firearm that with a barrel less than 16 inches in length. Subsection (r) of the same statute defines regulated firearm as (1) handgun; or (2) a firearm that is any of the following specific assault weapons or their copies, regardless of which company produced and manufactured that assault weapon. Several firearms are listed following the definition, which include AK -47 in all forms. Finally, Md. Code Ann., Crim. Law § 4-201(c)(2) defines handgun as including short barrel shotgun or short barrel rifle. The Defendant contends that the definition of "handgun" would include Mr. Blue's AR-15 because the AR-15 is a cheaper, civilian copy of the AK-47 or that the barrel of the AR 15 is less than 16 inches long.

If you have any questions regarding the above referenced matter, please do not hesitate to contact me.

Sincerely,

Shelley L. Johnson
Associate County Attorney
(301) 952-3932